# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1361
Lower Tribunal No. 02-21084
_____

**Shawnton D. Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Shawnton D. Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before  FERNANDEZ, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Jones v. State, 591 So. 2d 911 (Fla. 1991) (The evidence claimed to be newly discovered "must have been unknown by the trial court, by the

party, or by counsel at the time of trial and it must appear that defendant or his counsel could not have [ascertained those facts] by the use of diligence" such as taking the witness' testimony.).